IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE FARM MUTUAL AUTO. INS. CO. <br> a/s/o Jonica McCray <br> P.O. BOX 106172 <br> ATLANTA, GA 30348 <br> <br>     Plaintiffs, <br> <br> v. <br> <br> UNITED STATES OF AMERICA <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530 <br> <br>     Serve On: <br>     Office of U.S. Atty Gen. Pamela Bondi <br>     950 Pennsylvania Avenue, NW <br>     Washington, DC 20530 <br> <br>     and <br> <br>     Office of the U.S. Attorney <br>     Jeanine Ferris Pirro <br>     601 D Street, NW <br>     Washington, DC 20579 <br> <br> and <br> <br> RYAN CHRISTOPHER MCLAUGHLAN <br> 9 Barnacle Ct SW <br> Bolling AFB, DC, 20032 <br> <br>     Defendants. | * <br> <br> * <br> <br> * <br> <br> * <br> <br> *    Case No. <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * <br> <br> * |

## COMPLAINT

**NOW COMES** State Farm Mutual Automobile Insurance Company ("State Farm") a/s/o Jamil McCray ("McCray"), Plaintiff, by and through their attorney, Charles J. Fratus and Fratus Law Group, LLC, sues the Defendants The United States of America ("USA") and Ryan Christopher McLaughlan ("McLaughlan") for the cause of action state:

## FEDERAL JURISDICTION AND VENUE

1. This action involves issues regarding and derives its federal jurisdiction via federal question through: The United States as Defendant 28 U.S. Code § 1346, Time for commencing action against United States 28 U.S.C. §2401, Federal Tort Claims Act 28 U.S.C. §§ 2671-72, 2674, 2679.

2. Venue is proper in this court of filing as the incident of which the suit is subject took place in the District of Columbia. Accordingly, the District Court of the United States for the District of Columbia has subject matter jurisdiction over this matter.

3. In accordance with the Federal Tort Claims Act's notice of claim requirement, Plaintiff has attached *Exhibit 1* to evidence its adherence to and satisfaction of this notice requirement.

## PARTIES

4. The Plaintiff is State Farm Mutual Automobile Insurance Company, an Illinois corporation with its principal subrogation office located in Atlanta, Georgia. State Farm is registered and authorized to do business and issue insurance policies in Maryland, Washington, DC, Virginia, and Maryland.

5. The Defendant, The United States of America, through its federal department, U.S. Department of the Army – Department Of The Army Mission And Installation Contracting Command ("Army"). The Department Of The Army Mission And Installation Contracting Command is a division of the U.S. Department of the Army that issues government vehicles to its employees. An Army vehicle operated by Ryan Christopher McLaughlan, who was at the time of this occurrence an employee of the Army, is the subject of this suit. The Defendant, by and through the Army, is the owner of the vehicle operated by Ryan Christopher McLaughlan, as well as Ryan Christopher McLaughlan 's employer. Army is a federal agency based in Washington, DC.

6. The Defendant, Ryan Christopher McLaughlan, is a private citizen, resident of Maryland, and a federal employee under the employ of the Department Of The Army Mission And Installation Contracting Command.

## FACTS

7. That on or about April 3, 2025, a vehicle (2017 Kia Sportage) owned and operated by McCray was lawfully traveling in the center lane on I-395 S prior to Exit 4 in Washington DC.

8. That a vehicle (2024 Ford Transit) owned by Defendant Army and operated by Ryan Christopher McLaughlan, was travelling in the center lane on I-395 S prior to Exit 4 in Washington DC behind McCray's vehicle. McLaughlan failed to slow for traffic ahead of them and collided with the rear of McCray's vehicle at speed. In so doing, McLaughlan severely damaged McCray's vehicle.

## COUNT ONE
## NEGLIGENCE

9. The accident was due to the negligence of the Defendant in, among other things, failing to keep a proper lookout, failing to maintain proper control of the vehicle, failing to take such other and further evasive action to avoid the collision, and failing to avoid the collision aforesaid when in the exercise of due care and caution, Defendant could have and should have done so.

10. As a direct result of the collision aforesaid and negligence of the Defendant, Plaintiff incurred significant, substantial, and permanent property damage. Plaintiff asserts that all of this loss and damage was the direct result of the negligence of the Defendant, without any contributory negligence by the Plaintiff. Ryan Christopher McLaughlan and Army were the responsible party for a two-car collision.

11. That as a direct and proximate result of the collision aforesaid and negligence of the Defendant, Plaintiff's insured McCray incurred significant, substantial, and permanent

property damage; that the Plaintiffs assert that all of this loss and damage was the direct result of the negligence of the Defendant, with no want of due care on the Plaintiff's part contributing thereto.

12. Defendant, Army, as the owner of the vehicle driven by Ryan Christopher McLaughlan, and as Ryan Christopher McLaughlan's principal, appointed Ryan Christopher McLaughlan to operate on their behalf in the scope of their employment. At the time that this Defendant was entrusting Ryan Christopher McLaughlan to operate its vehicle reasonably and with due care, Ryan Christopher McLaughlan failed to do so and caused an accident that involved State Farm's insured driver, McCray. As such, Army, as principal, is vicariously liable for the actions of its agent.

13. That the Plaintiff McCray had in effect a policy of insurance with Plaintiff State Farm; that State Farm joins herein to protect its subrogated interest in this matter.

**WHEREFORE,** the Plaintiff, State Farm Mutual Automobile Insurance Company a/s/o Jamil McCray hereby prays this Honorable Court enter judgment against the Defendants, The United States of America and Ryan Christopher McLaughlan the sum of **SEVEN THOUSAND ONE HUNDRED SEVENTY-FIVE DOLLARS AND 99/100 ($7,175.99),** plus costs of this suit and service.

FRATUS LAW GROUP, LLC

/s/ Charles J. Fratus
Charles J. Fratus, ID# 13169
566 B&A Blvd
Severna Park, MD 21146
410.295.7100 (phone)
844.240.1557 (fax)
Chuck@Fratuslaw.com
*Attorney for Plaintiff*