**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTO INS. CO. a/s/o JONICA MCCRAY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | | CASE NO.: 1:26-CV-00269 |
| | * | |
| UNITED STATES OF AMERICA, ET AL. | * | |
| Defendant. | | |

**DISMISSAL OF RYAN CHRISTOPHER MCLAUGHLAN ONLY**

State Farm Mutual Auto Insurance Co. a/s/o Jonica McCray, Plaintiffs by and through undersigned counsel, Fratus Law Group, LLC and Charles J. Fratus, hereby file this dismissal and dismiss Defendant Ryan Christopher McLaughlan **ONLY**, in the above-captioned matter. United States of America remains the Defendant.

FRATUS LAW GROUP, LLC

/s/ Charles J. Fratus
Charles J. Fratus, Esq. / ID #13169
566 Baltimore Annapolis Blvd.
Severna Park, MD 21146
(P) 410.295.7100
(E) Chuck@FratusLaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 16th of February 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all Defendants and counsel of record by mail, e-mail and/or operation of the Court's electronic filing system. Parties may also access this filing through the Court's system.

/s/ Charles J. Fratus
Charles J. Fratus, Esq.
*Attorney for Plaintiff*