**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

STATE FARM MUTUAL AUTO INS. CO.          *
a/s/o JONICA MCCRAY

                                              *

    Plaintiff

                                              *

v.                                                             CASE NO.: 1:26-CV-00269

                                              *

UNITED STATES OF AMERICA

                                              *

    Defendant.

## DISMISSAL

State Farm Mutual Auto Insurance Company a/s/o Jonica McCray, Plaintiffs by and through undersigned counsel, Fratus Law Group, LLC and Charles J. Fratus, hereby file this dismissal and dismiss the above-captioned matter.

                FRATUS LAW GROUP, LLC

                   /s/ Charles J. Fratus
                Charles J. Fratus, Esq. / ID #13169
                566 Baltimore Annapolis Blvd.
                Severna Park, MD 21146
                (P) 410.295.7100
                (E) Chuck@FratusLaw.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 4th of March 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all Defendants and counsel of record by mail, e-mail and/or operation of the Court's electronic filing system. Parties may also access this filing through the Court's system.

                   /s/ Charles J. Fratus
                Charles J. Fratus, Esq.
                *Attorney for Plaintiff*